## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

ROGER LEE MARTIN, JR.,     )    CASE NO. 7:12CDV00391

            Plaintiff,          )

vs.                             )    **FINAL ORDER**

BLUE RIDGE REGIONAL JAIL    )
AUTHORITY - LYNCHBURG,      )
                                   )    By: James C. Turk
            Defendant.       )    Senior United States District Judge

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 0 5 2012

JULIA C. DUDLEY, CLERK
BY: /s/ B. Webb
DEPUTY CLERK

In accordance with the accompanying memorandum opinion, it is hereby

### ADJUDGED AND ORDERED

that this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), as

legally frivolous, and this action is stricken from the active docket of the court.

ENTER: This _5th_ day of October, 2012.

           _/s/ James C. Turk_
           Senior United States District Judge